JS-6

| | |
|---|---|
| 1 | John Unkovic, admitted *pro hac vice* |
| | Dan Wille, admitted *pro hac vice* |
| 2 | REED SMITH LLP |
| | 435 Sixth Avenue |
| 3 | Pittsburgh, Pennsylvania 15219 |
| 4 | Telephone:  412.288.3131 |
| | Facsimile:  412.288.3063 |
| 5 | Email:  junkovic@reedsmith.com |
| | dwille@reedsmith.com |
| 6 | |
| 7 | Hardy Ray Murphy, State Bar No. 187149 |
| | REED SMITH LLP |
| 8 | 355 South Grand Avenue, Suite 2900 |
| | Los Angeles, California 90071-1514 |
| 9 | Telephone:  213.457.8000 |
| | Facsimile:  213.457.8080 |
| | Email:  hmurphy@reedsmith.com |
| 10 | |
| 11 | Attorneys for Defendant |
| | MELLON LONG TERM DISABILITY PLAN |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SUN SUN LIN, | Case No. SACV08-0107 DOC (ANx) |
| Plaintiff, | **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| vs. | |
| MELLON LONG TERM DISABILITY PLAN, *et al.*, | |
| Defendants. | Date:  March 9, 2009 |
| | Time:  8:30 a.m. |
| | Place:  411 W. Fourth Street |
| | Courtroom 9D |
| | Santa Ana, CA  92701 |
| | Honorable David O Carter |
| | [Notice of Motion and Motion, Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, and Declarations of Sheila Miller and Hardy Murphy filed concurrently herewith] |

– 1 –

JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY

1   Defendant Mellon Long Term Disability Plan's (the "Plan") motion for
2   summary judgment or, in the alternative, summary adjudication, came on for hearing
3   in Courtroom 9D of the above-entitled court, the Honorable David O. Carter,
4   presiding, on March , 2009.  Based on the papers and evidentiary material submitted
5   by the parties to the court, and in consideration of the oral argument of counsel for the
6   parties, to the extent permitted, and good cause appearing, **IT IS HEREBY**
7   **ORDERED** as follows:

9   The Court **GRANTS** the Plan's summary judgment motion.

11   **IT IS FURTHER ORDERED** that judgment shall be entered accordingly and
12   forthwith in favor of the Plan and against plaintiff, that shall plaintiff take nothing by
13   way of her complaint, and that this action shall be dismissed on the merits.

16   Dated:  March 18, 2009

_David O. Carter_
David O. Carter
United States District Judge

– 2 –
JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY